B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Llamas, Hilario** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **9966** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3565 W Cortland St<br>First Floor<br>Chicago, IL**          ZIPCODE **60647-4837** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):          ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)          ZIPCODE | Mailing Address of Joint Debtor (if different from street address):          ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):          ZIPCODE |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9                Recognition of a Foreign<br>☐ Chapter 11              Main Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☐ Chapter 13              Recognition of a Foreign<br>                                Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer     ☐ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Llamas, Hilario** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X */s/ Troy L Gleason*        9/23/08<br>Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)    Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Llamas, Hilario** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Hilario Llamas*
_____    **Hilario Llamas**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 23, 2008**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Troy L Gleason*
_____
Signature of Attorney for Debtor(s)

**Troy L Gleason 6276510**
Printed Name of Attorney for Debtor(s)

**Gleason & Gleason**
Firm Name

**77 W Washington, Ste 1218**
Address

**Chicago, IL  60602**

**(312) 578-9530**
Telephone Number

**September 23, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                          Case No. _____

Llamas, Hilario                                                          Chapter **7** _____

                              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Hilario Llamas** _____

Date: **September 23, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Llamas, Hilario | **X** /s/ Hilario Llamas | **9/23/2008** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

Case No. (if known) _____

**X** _____
Signature of Joint Debtor (if any)               Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

Llamas, Hilario                                                                          Chapter **7** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 160,000.00 | | |
| B - Personal Property | Yes | 3 | $ 3,950.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 175,485.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 49,011.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,214.85 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 3,210.00 |
| TOTAL | | 25 | $ 163,950.00 | $ 224,496.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

Llamas, Hilario                                          _____    Chapter **7** _____
                                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 20,836.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **20,836.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 3,214.85 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,210.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 3,892.50 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 15,485.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 49,011.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 64,496.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Llamas, Hilario**

Debtor(s)                                                                    Case No. _____

                                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Rental -**<br>**1105 Seeley Ave, Ford Heights, IL  60441** | | | **160,000.00** | **175,485.00** |
| | | **TOTAL** | **160,000.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Llamas, Hilario**
_____
Debtor(s)                                    Case No. _____
                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | | **100.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Normal and necessary household goods, including but not limited to: TV, chairs, sofas, tables, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | | **1,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc books, music, pictures** | | **50.00** |
| 6.  Wearing apparel. | | **Clothing** | | **200.00** |
| 7.  Furs and jewelry. | | **Watches and jewelry** | | **100.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life through work - no cash value** | | **0.00** |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K** | | **2,000.00** |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Llamas, Hilario**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Llamas, Hilario**
_____
Debtor(s)                              Case No. _____
                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 3,950.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Llamas, Hilario** _____  Case No. _____
_____(Debtor(s))_____    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Normal and necessary household goods, including but not limited to: TV, chairs, sofas, tables, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | **735 ILCS 5 §12-1001(b)** | **1,500.00** | **1,500.00** |
| **Misc books, music, pictures** | **735 ILCS 5 §12-1001(a)** | **50.00** | **50.00** |
| **Clothing** | **735 ILCS 5 §12-1001(a)** | **200.00** | **200.00** |
| **Watches and jewelry** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **401K** | **735 ILCS 5 §12-1006(a)** | **2,000.00** | **2,000.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Llamas, Hilario**                                                                  Case No. _____
_____
Debtor(s)                                                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9800268154**<br><br>**Cit**<br>**PO Box 24610**<br>**Oklahoma City, OK  73124-0610** | X | | **Mortgage account opened 5/05**<br><br>VALUE $ **160,000.00** | | | | **175,485.00** | **15,485.00** |
| ACCOUNT NO.<br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br>VALUE $ | | | | | |

____**0**____ continuation sheets attached

Subtotal
(Total of this page)    $ **175,485.00**    $ **15,485.00**

Total
(Use only on last page)    $ **175,485.00**    $ **15,485.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Llamas, Hilario**
_____
Debtor(s)                                                        Case No. _____
                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Llamas, Hilario _____,    Case No. _____
            Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **138250175** <br><br> **Allied Interstate Inc** <br> **Corporate Office** <br> **Stamford, CT 06902** | | | **Open account opened 11/04** | | | | **260.00** |
| ACCOUNT NO. <br><br> **Direct TV** <br> **P.O. Box 6550** <br> **Greenwood Village, CO 80155-6550** | | | **Assignee or other notification for:** <br> **Allied Interstate Inc** | | | | |
| ACCOUNT NO. **4227-0930-1146-8554** <br><br> **Applied Bank** <br> **C/O Nations Recovery Center** <br> **6491 Peachtree Industrial Blvd** <br> **Altanta, GA 30360** | | | **Collections** | | | | **991.00** |
| ACCOUNT NO. <br><br> **Wolpoff & Abramson** <br> **2 Irvington Centre** <br> **702 King Farm Blvd** <br> **Rockville, MD 20850-5775** | | | **Assignee or other notification for:** <br> **Applied Bank** | | | | |

**12** continuation sheets attached

Subtotal
(Total of this page)  $  **1,251.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Llamas, Hilario**
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **25300877**<br>**At&T**<br>**Po Box 8100**<br>**Aurora, IL  60507** | | | Utility or Cellular Service | | | | 1,690.00 |
| ACCOUNT NO.<br>**Southwest Credit**<br>**5910 W Plano Pkwy, Ste 100**<br>**Plano, TX  75093-4638** | | | Assignee or other notification for:<br>At&T | | | | |
| ACCOUNT NO.<br>**Bally Total Fitness**<br>**12440 Imperial Hwy Ste 3**<br>**Norwalk, CA  90650-3177** | | | gym membership | | | | 1,000.00 |
| ACCOUNT NO.<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI  48090-2036** | | | Assignee or other notification for:<br>Bally Total Fitness | | | | |
| ACCOUNT NO. **44022232001**<br>**Ballys**<br>**8700 W Bryn Mawr Ave**<br>**Chicago, IL  60631-3512** | | | Installment account opened 3/99 | | | | 0.00 |
| ACCOUNT NO. **14510197070801133**<br>**Cach Llc**<br>**370 17th St Ste 5000**<br>**Denver, CO  80202-5690** | | | Open account opened 8/07 | | | | 810.00 |
| ACCOUNT NO.<br>**Credit One Bankn.a.** | | | Assignee or other notification for:<br>Cach Llc | | | | |

Sheet no. **1** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **3,500.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Llamas, Hilario                                                    Case No. _____
_____                                                    (If known)
        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **412174189792**<br>**Capital 1 Bk**<br>**PO Box 5155**<br>**Norcross, GA  30091-5155** | | | Revolving account opened 4/01 | | | | **500.00** |
| ACCOUNT NO. **111000000713892537**<br>**Chase**<br>**Po Box 15145**<br>**Wilmington, DE  19850** | | | Collections | | | | **2,117.00** |
| ACCOUNT NO.<br>**American Coradius International**<br>**2420 Sweet Home Rd, Ste 150**<br>**Amherst, NY  14228-2244** | | | Assignee or other notification for: Chase | | | | |
| ACCOUNT NO.<br>**Law Offices Of Barry Serota & Assoc**<br>**Po Box 1008**<br>**Arlington Heights, IL  60006** | | | Assignee or other notification for: Chase | | | | |
| ACCOUNT NO.<br>**Leading Edge**<br>**Po Box 129**<br>**Linden, MI  48451-0129** | | | Assignee or other notification for: Chase | | | | |
| ACCOUNT NO.<br>**Universal Fidelity**<br>**Po Box 941911**<br>**Houston, TX  77094-8911** | | | Assignee or other notification for: Chase | | | | |
| ACCOUNT NO. **50463945407**<br>**Columbia House**<br>**Po Box 91602**<br>**Indianapolis, IN  46291** | | | consumer debt | | | | **79.00** |

Sheet no. **2** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,696.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Llamas, Hilario

Debtor(s)

Case No.

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nco Financial**<br>**507 Prudential Rd**<br>**Horsham, PA 19044-2308** | | | **Assignee or other notification for:**<br>**Columbia House** | | | | |
| ACCOUNT NO. 01338605930<br>**Comcast**<br>**Attn: Bankruptcy**<br>**1500 Market St**<br>**Philadelphia, PA 19102-2100** | | | **Utility or Cellular Service** | | | | **190.00** |
| ACCOUNT NO.<br>**Credit Protection Assoc**<br>**13355 Noel Rd**<br>**Dallas, TX 75240** | | | **Assignee or other notification for:**<br>**Comcast** | | | | |
| ACCOUNT NO. 29232600307236<br>**Contl Furn**<br>**2743 W 36th Pl**<br>**Chicago, IL 60632-1616** | | | **Judgment from Installment account opened 6/05** | | | | **2,400.00** |
| ACCOUNT NO.<br>**Keith Shindler, Ltd**<br>**1990 E Algonquin Rd, Ste 180**<br>**Schaumburg, IL 60173** | | | **Assignee or other notification for:**<br>**Contl Furn** | | | | |
| ACCOUNT NO. 4447-9611-2889-0197<br>**Credit One Bank**<br>**PO Box 98873**<br>**Las Vegas, NV 89193-8873** | | | **Revolving account opened 2/06** | | | | **810.00** |
| ACCOUNT NO.<br>**Pentagroup Financial**<br>**5959 Corporate Dr, Ste 1400**<br>**Houston, TX 77036** | | | **Assignee or other notification for:**<br>**Credit One Bank** | | | | |

Sheet no. **3** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **3,400.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Llamas, Hilario _____    Case No. _____
              Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **422709301146** <br> **Cross Country Bank** <br> **PO Box 17125** <br> **Wilmington, DE  19850-7125** | | | **Revolving account opened 2/06** | | | | **991.00** |
| ACCOUNT NO. **8071213** <br> **Er Solutions** <br> **PO Box 9004** <br> **Renton, WA  98057-9004** | | | **Open account opened 8/07** | | | | **1,097.00** |
| ACCOUNT NO. <br> **Washington Mutual** <br> **Bankruptcy Department** <br> **Po Box 99604** <br> **Arlington, TX  76096** | | | **Assignee or other notification for: Er Solutions** | | | | |
| ACCOUNT NO. **4869-5574-6710-4452** <br> **First Premier Bank** <br> **PO Box 5524** <br> **Sioux Falls, SD  57117-5524** | | | **Revolving account opened 10/07** | | | | **639.00** |
| ACCOUNT NO. <br> **Ccb Credit Services** <br> **530 S 6th St** <br> **Springfield, IL  62703-5184** | | | **Assignee or other notification for: First Premier Bank** | | | | |
| ACCOUNT NO. **415214010345** <br> **Fleet Cc** <br> **PO Box 26012** <br> **Greensboro, NC  27420-6012** | | | **Revolving account opened 10/01./  notice only** | | | | **0.00** |
| ACCOUNT NO. **4876684978** <br> **H And F Law** <br> **33 N Lasalle St Ste 1200** <br> **Chicago, IL  60602-3415** | | | **Open account opened 10/07** | | | | **897.00** |

Sheet no. **4** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,624.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Llamas, Hilario
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chex Systems**<br>**7805 Hudson Rd, Ste 100**<br>**Saint Paul, MN  55125-1595** | | | **Assignee or other notification for:**<br>**H And F Law** | | | | |
| ACCOUNT NO.<br>**TCF Bank**<br>**800 Burr Ridge Pkwy**<br>**Burr Ridge, IL  60527** | | | **Assignee or other notification for:**<br>**H And F Law** | | | | |
| ACCOUNT NO.<br>**Telecheck**<br>**5251 Westheimer Rd**<br>**Houston, TX  77056-5412** | | | **Assignee or other notification for:**<br>**H And F Law** | | | | |
| ACCOUNT NO. **5489-5551-1753-1428**<br>**Hsbc Bank**<br>**PO Box 5213**<br>**Carol Stream, IL  60197-5213** | | | **Revolving account opened 6/06** | | | | **520.00** |
| ACCOUNT NO.<br>**GC Services**<br>**6330 Gulfton**<br>**Houston, TX  77081** | | | **Assignee or other notification for:**<br>**Hsbc Bank** | | | | |
| ACCOUNT NO.<br>**Malcom S Gerald & Associates**<br>**332 S Michigan Ave, Ste 600**<br>**Chicago, IL  60604** | | | **Assignee or other notification for:**<br>**Hsbc Bank** | | | | |
| ACCOUNT NO.<br>**Portfio Recovery Associates**<br>**Po Box 12914**<br>**Norfolk, VA  23541** | | | **Assignee or other notification for:**<br>**Hsbc Bank** | | | | |

Sheet no. **5** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **520.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Llamas, Hilario** Case No. _____
_____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4241377197** <br> **I C System** <br> **PO Box 64378** <br> **Saint Paul, MN 55164-0378** | | | **Open account opened 6/06** | | | | **451.00** |
| ACCOUNT NO. <br> **Banfield The Pet Hospital** <br> **2665 N Elston Ave** <br> **Chicago, IL 60647** | | | **Assignee or other notification for: I C System** | | | | |
| ACCOUNT NO. **9658714** <br> **Illinois Collection Se** <br> **8231 185th St Ste 100** <br> **Tinley Park, IL 60487-9356** | | | **Open account opened 3/07** | | | | **308.00** |
| ACCOUNT NO. <br> **Our Lady Of The Resurrection** <br> **5645 W Addison St** <br> **Chicago, IL 60634** | | | **Assignee or other notification for: Illinois Collection Se** | | | | |
| ACCOUNT NO. **9551107** <br> **Illinois Collection Se** <br> **For Addison Radiology** <br> **8231 185th St Ste 100** <br> **Tinley Park, IL 60487-9356** | | | **Open account opened 1/07** | | | | **289.00** |
| ACCOUNT NO. <br> **Addison Radiology Associates** <br> **520 E 22nd St** <br> **Lombard, IL 60148** | | | **Assignee or other notification for: Illinois Collection Se** | | | | |
| ACCOUNT NO. <br> **Osi Collection Services** <br> **1375 E Woodfield Rd, Ste 110** <br> **Schaumburg, IL 60173-5447** | | | **Assignee or other notification for: Illinois Collection Se** | | | | |

Sheet no. **6** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,048.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Llamas, Hilario** _____    Case No. _____
              Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9599145**<br>**Illinois Collection Se**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL  60487-9356** | | | Open account opened 2/07 | | | | 249.00 |
| ACCOUNT NO.<br>**Our Lady Of Resurrection Medical Center**<br>**5645 W Addison St**<br>**Chicago, IL  60634** | | | Assignee or other notification for:<br>Illinois Collection Se | | | | |
| ACCOUNT NO. **9462569**<br>**Illinois Collection Se**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL  60487-9356** | | | Open account opened 12/06 | | | | 212.00 |
| ACCOUNT NO.<br>**Our Lady Of Resurrection Medical Center**<br>**5645 W Addison St**<br>**Chicago, IL  60634** | | | Assignee or other notification for:<br>Illinois Collection Se | | | | |
| ACCOUNT NO. **305310169957**<br>**Lasalle Bank**<br>**135 S LaSalle St**<br>**Chicago, IL  60603** | | | bank fees | | | | 440.00 |
| ACCOUNT NO.<br>**Trs Recovery Services**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | | Assignee or other notification for:<br>Lasalle Bank | | | | |
| ACCOUNT NO. **54968326561059**<br>**Lieberman Eye Associates**<br>**Professional Building, Suite 102**<br>**5600 W. Addison St**<br>**Chicago, IL  60634** | | | Medical or Dental Bill | | | | 78.00 |

Sheet no. **7** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 979.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Llamas, Hilario

Debtor(s)    Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Renaissance Recovery Services <br> Po Box 1095 <br> Park Ridge, IL  60068** | | | Assignee or other notification for: <br> **Lieberman Eye Associates** | | | | |
| ACCOUNT NO. **10004050278679001** <br> **Mitsubishi Motor Credi <br> 1101 Perimeter Dr Ste 65 <br> Schaumburg, IL  60173-5844** | X | | **Installment account opened 2/02** | | | | **5,000.00** |
| ACCOUNT NO. **1879247** <br> **Nco Fin/na <br> PO Box 105062 <br> Atlanta, GA  30348-5062** | | | **Open account opened 1/06** | | | | **220.00** |
| ACCOUNT NO. <br> **Direct TV <br> P.O. Box 6550 <br> Greenwood Village, CO  80155-6550** | | | Assignee or other notification for: <br> **Nco Fin/na** | | | | |
| ACCOUNT NO. **788326** <br> **Northwestern Business <br> C/O Law Offices Of Joel Cardis <br> 2006 Swede Rd, Ste 100 <br> East Norriton, PA  19401** | | | **Collections** | | | | **2,695.00** |
| ACCOUNT NO. <br> **Credit Management Services <br> Po Box 931 <br> Brookfield, WI  53008** | | | Assignee or other notification for: <br> **Northwestern Business** | | | | |
| ACCOUNT NO. **5980503** <br> **Professnl Acct Mgmt In <br> PO Box 391 <br> Milwaukee, WI  53201-0391** | | | **Open account opened 7/06** | | | | **0.00** |

Sheet no. ____**8**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,915.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Llamas, Hilario                                                                  Case No. _____
_____
            Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TCF Bank**<br>**800 Burr Ridge Pkwy**<br>**Burr Ridge, IL  60527** | | | **Assignee or other notification for:**<br>**Professnl Acct Mgmt In** | | | | |
| ACCOUNT NO. **4185-3401-0166-4646**<br>**Resurgent Captial Services**<br>**Po Box 10587**<br>**Greenville, SC  29603-0587** | | | **Collections** | | | | **1,623.00** |
| ACCOUNT NO.<br>**Financial Recovery Services**<br>**Po Box 385908**<br>**Minneapolis, MN  55438-5908** | | | **Assignee or other notification for:**<br>**Resurgent Captial Services** | | | | |
| ACCOUNT NO.<br>**Sentry Credit Inc**<br>**2809 Grand Ave**<br>**Everett, WA  98201** | | | **Assignee or other notification for:**<br>**Resurgent Captial Services** | | | | |
| ACCOUNT NO. **982536539210002**<br>**Sallie Mae Servicing**<br>**PO Box 9400**<br>**Wilkes Barre, PA  18773-9400** | | | **Installment account opened 11/04** | | | | **4,635.00** |
| ACCOUNT NO. **982536539210006**<br>**Sallie Mae Servicing**<br>**PO Box 9400**<br>**Wilkes Barre, PA  18773-9400** | | | **Installment account opened 5/06** | | | | **4,434.00** |
| ACCOUNT NO. **982536539210005**<br>**Sallie Mae Servicing**<br>**PO Box 9400**<br>**Wilkes Barre, PA  18773-9400** | | | **Installment account opened 5/06** | | | | **2,637.00** |

Sheet no. __**9**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **13,329.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Llamas, Hilario</u>

Debtor(s)    Case No. _____
    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **982536539210001** **Sallie Mae Servicing PO Box 9400 Wilkes Barre, PA 18773-9400** | | | **Installment account opened 11/04** | | | | **2,608.00** |
| ACCOUNT NO. **982536539210004** **Sallie Mae Servicing PO Box 9400 Wilkes Barre, PA 18773-9400** | | | **Installment account opened 6/05** | | | | **1,529.00** |
| ACCOUNT NO. **982536539210008** **Sallie Mae Servicing PO Box 9400 Wilkes Barre, PA 18773-9400** | | | **Installment account opened 11/06** | | | | **1,319.00** |
| ACCOUNT NO. **982536539210010** **Sallie Mae Servicing PO Box 9400 Wilkes Barre, PA 18773-9400** | | | **Installment account opened 8/07** | | | | **1,312.00** |
| ACCOUNT NO. **982536539210003** **Sallie Mae Servicing PO Box 9400 Wilkes Barre, PA 18773-9400** | | | **Installment account opened 6/05** | | | | **869.00** |
| ACCOUNT NO. **982536539210009** **Sallie Mae Servicing PO Box 9400 Wilkes Barre, PA 18773-9400** | | | **Installment account opened 11/06** | | | | **775.00** |
| ACCOUNT NO. **982536539210011** **Sallie Mae Servicing PO Box 9400 Wilkes Barre, PA 18773-9400** | | | **Installment account opened 8/07** | | | | **718.00** |

Sheet no. **10** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,130.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Llamas, Hilario**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **470268950a** <br><br> **T Mobile** <br> **Attn Bankruptcy** <br> **Po Box 742596** <br> **Cincinnati, OH 45274** | | | **Utility or Cellular Service** | | | | **411.00** |
| ACCOUNT NO. <br><br> **Law Offices Of Mitchell N Kay** <br> **Po Box 2374** <br> **Chicago, IL 60690-2374** | | | **Assignee or other notification for:** <br> **T Mobile** | | | | |
| ACCOUNT NO. **361642210, 08M1151396** <br><br> **Tnb - Target** <br> **PO Box 9475** <br> **Minneapolis, MN 55440-9475** | | | **Pending judgment. Revolving account opened 4/06** | | | | **867.00** |
| ACCOUNT NO. <br><br> **Meyer & Njus** <br> **134 N LaSalle, Ste 1840** <br> **Chicago, IL 60602** | | | **Assignee or other notification for:** <br> **Tnb - Target** | | | | |
| ACCOUNT NO. **904023** <br><br> **Toys R Us** <br> **C/O ACA Recovery, Inc** <br> **38 E Ridgewood Ave, #395** <br> **Ridgewood, NJ 07450** | | | **nsf check** | | | | **191.00** |
| ACCOUNT NO. <br><br> **Account Control Systems, Inc** <br> **148 Veterans Dr, Ste D** <br> **Northvale, NJ 07647-2311** | | | **Assignee or other notification for:** <br> **Toys R Us** | | | | |
| ACCOUNT NO. <br><br> **Toys R Us** <br> **1 Geoffrey Way, Dept T5CKS** <br> **Wayne, NJ 07470-2035** | | | **Assignee or other notification for:** <br> **Toys R Us** | | | | |

Sheet no. **11** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,469.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Llamas, Hilario**             Case No. _____

         Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Washington Mutual**<br>**Bankruptcy Department**<br>**Po Box 99604**<br>**Arlington, TX  76096** | | | **bank fees** | | | | **150.00** |
| ACCOUNT NO.<br>**Er Solutions**<br>**PO Box 9004**<br>**Renton, WA  98057-9004** | | | **Assignee or other notification for:**<br>**Washington Mutual** | | | | |
| ACCOUNT NO.<br>**PFG Of Minnesota**<br>**7825 Washington Ave S Ste 310**<br>**Minneapolis, MN  55439** | | | **Assignee or other notification for:**<br>**Washington Mutual** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **12** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $   **150.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $   **49,011.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Llamas, Hilario**
_____     Case No. _____
Debtor(s)                                                                 (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Llamas, Hilario**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hilaro Llamas**<br>**3565 W Cortland**<br>**Chicago, IL  60647**<br><br>**Maria Tapia**<br>**5813 W 26th St**<br>**Cicero, IL  60804** | **Cit**<br>**PO Box 24610**<br>**Oklahoma City, OK  73124-0610**<br><br>**Mitsubishi Motor Credi**<br>**1101 Perimeter Dr Ste 65**<br>**Schaumburg, IL  60173-5844** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Llamas, Hilario** _____,    Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Dependent** | AGE(S):<br>**59** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Buyers Assit** | |
| Name of Employer | **Jetro Holdings** | |
| How long employed | **6 years** | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ **2,426.67** | $ _____ |
| 2. Estimated monthly overtime | $ **465.83** | $ _____ |
| **3. SUBTOTAL** | $ **2,892.50** | |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ **538.98** | $ _____ |
| b. Insurance | $ **138.67** | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
|  | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **677.65** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **2,214.85** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other monthly government assistance | | |
| (Specify) **Father's Disability** | $ **1,000.00** | $ _____ |
| _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income | | |
| (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **1,000.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **3,214.85** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $ **3,214.85**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Llamas, Hilario</u>
<div align="center">Debtor(s)</div>
Case No. _____
<div align="right">(If known)</div>

<div align="center">

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

</div>

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 700.00 |
|    a. Are real estate taxes included?   Yes ____  No ✓ | |
|    b. Is property insurance included?   Yes ____  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 200.00 |
|    b. Water and sewer | $ _____ |
|    c. Telephone | $ _____ |
|    d. Other  **See Schedule Attached** | $ 310.00 |
|    _____ | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ 450.00 |
| 5. Clothing | $ 125.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 225.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 75.00 |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ _____ |
|    b. Life | $ _____ |
|    c. Health | $ _____ |
|    d. Auto | $ _____ |
|    e. Other | $ _____ |
|    _____ | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ _____ |
|    _____ | $ _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ _____ |
|    b. Other | $ _____ |
|    _____ | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other  **Personal Care And Grooming** | $ 125.00 |
|          **Father's Health Care Worker** | $ 550.00 |
|          **Money To Mother In Mexico** | $ 200.00 |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

<div align="right">$ 3,210.00</div>

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 3,214.85 |
|    b. Average monthly expenses from Line 18 above | $ 3,210.00 |
|    c. Monthly net income (a. minus b.) | $ 4.85 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Llamas, Hilario

Debtor(s)

Case No. _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities

| | |
|---|---:|
| **Cell Phones** | **80.00** |
| **Cable, Internt And Phone** | **180.00** |
| **Father's Cell Phone** | **50.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Llamas, Hilario**
_____          Case No. _____
                        Debtor(s)                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **27** sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date: **September 23, 2008**              Signature: _/s/ Hilario Llamas_
                                                          **Hilario Llamas**                                    Debtor

Date: _____          Signature: _____
                                                                                              (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.


Date: _____          Signature: _____

                                                          _____
                                                          (Print or type name of individual signing on behalf of debtor)

          _[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

          _Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                   Case No. _____

Llamas, Hilario                                                                         Chapter **7** _____
_____
                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2,892.00 | **Estimated 2008 year to date income from employment (monthly)** |
| 29,131.00 | **Estimated 2007 income from employment** |
| 29,389.00 | **Estimated 2006 income from employment** |
| 5,000.00 | **2006 Rental Income** |

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,000.00 | **2008 Income from Father's Disability (monthly)** |

**Debtor's father moved in with him in Feb 2008**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

**None** ☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None** ☑    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None** ☑    *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

**None** ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Continental Credit vs Hilario Llamas; 07M1155059** | **Collections** | **Cook County Circuit Court** | **Judgment entered. Wage garnishment pending** |
| **Target National Bank vs Hilario Llamas, Jr.; 08M1131396** | **Collections** | **Cook County Circuit Court** | **Judgment pending** |
| **Cit Mortgage vs Hilaro Llamas;** | **Foreclosure** | **Cook County Circuit Court, Chancery** | **Pending** |

**None** ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

**None** ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

**None** ☑    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

**None** ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

**None** ☑    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | | **351.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1826 W 26th St, Cicero, IL** | **Same** | **til 2005** |
| **3563 W Cortland, Chicago, IL  60647** | | |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **September 23, 2008**      Signature  **/s/ Hilario Llamas**
                           of Debtor                                                           **Hilario Llamas**

Date: _____      Signature _____
                           of Joint Debtor
                           (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                        Case No. _____

Llamas, Hilario                                                              Chapter **7** _____

<div align="center">Debtor(s)</div>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Rental -** | **Cit** | ✓ | | | |

| Description of Leased Property | Lessor's Name | | | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| **09/23/2008** | */s/ Hilario Llamas* | | |
| Date | **Hilario Llamas** | Debtor | Joint Debtor (if applicable) |

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____              _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer              Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____              _____
Signature of Bankruptcy Petition Preparer                                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                          Case No. _____

Llamas, Hilario _____   Chapter **7** _____
<p style="text-align:center">Debtor(s)</p>

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **72**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **September 23, 2008** _____   */s/ Hilario Llamas* _____
                                                          Debtor

                                                          _____
                                                          Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Llamas, Hilario
3565 W Cortland St
First Floor
Chicago, IL  60647-4837

Bally Total Fitness
12440 Imperial Hwy Ste 3
Norwalk, CA  90650-3177

Comcast
Attn:  Bankruptcy
1500 Market St
Philadelphia, PA  19102-2100

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

Ballys
8700 W Bryn Mawr Ave
Chicago, IL  60631-3512

Contl Furn
2743 W 36th Pl
Chicago, IL  60632-1616

Account Control Systems, Inc
148 Veterans Dr, Ste D
Northvale, NJ  07647-2311

Banfield  The Pet Hospital
2665 N Elston Ave
Chicago, IL  60647

Credit Management Services
Po Box 931
Brookfield, WI  53008

Addison Radiology Associates
520 E 22nd St
Lombard, IL  60148

Cach Llc
370 17th St Ste 5000
Denver, CO  80202-5690

Credit One Bank
PO Box 98873
Las Vegas, NV  89193-8873

Allied Interstate Inc
Corporate Office
Stamford, CT  06902

Capital 1 Bk
PO Box 5155
Norcross, GA  30091-5155

Credit Protection Assoc
13355 Noel Rd
Dallas, TX  75240

American Coradius International
2420 Sweet Home Rd, Ste 150
Amherst, NY  14228-2244

Ccb Credit Services
530 S 6th St
Springfield, IL  62703-5184

Cross Country Bank
PO Box 17125
Wilmington, DE  19850-7125

Amex
PO Box 3001
Malvern, PA  19355-0701

Chase
Po Box 15145
Wilmington, DE  19850

Direct TV
P.O. Box 6550
Greenwood Village, CO  80155-6550

Applied Bank
C/O Nations Recovery Center
6491 Peachtree Industrial Blvd
Atlanta, GA  30360

Chex Systems
7805 Hudson Rd, Ste 100
Saint Paul, MN  55125-1595

Er Solutions
PO Box 9004
Renton, WA  98057-9004

Asset Acceptance
PO Box 2036
Warren, MI  48090-2036

Cit
PO Box 24610
Oklahoma City, OK  73124-0610

Financial Recovery Services
Po Box 385908
Minneapolis, MN  55438-5908

At&T
Po Box 8100
Aurora, IL  60507

Columbia House
Po Box 91602
Indianapolis, IN  46291

First Premier Bank
PO Box 5524
Sioux Falls, SD  57117-5524

Fleet Cc
PO Box 26012
Greensboro, NC  27420-6012

Law Offices Of Mitchell N Kay
Po Box 2374
Chicago, IL  60690-2374

Northwestern Business
C/O Law Offices Of Joel Cardis
2006 Swede Rd, Ste 100
East Norriton, PA  19401

GC Services
6330 Gulfton
Houston, TX  77081

Leading Edge
Po Box 129
Linden, MI  48451-0129

Osi Collection Services
1375 E Woodfield Rd, Ste 110
Schaumburg, IL  60173-5447

H And F Law
33 N Lasalle St Ste 1200
Chicago, IL  60602-3415

Lieberman Eye Associates
Professional Building, Suite 102
5600 W. Addison St
Chicago, IL  60634

Our Lady Of Resurrection Medical Center
5645 W Addison St
Chicago, IL  60634

Hsbc Bank
PO Box 5213
Carol Stream, IL  60197-5213

Malcom S Gerald & Associates
332 S Michigan Ave, Ste 600
Chicago, IL  60604

Our Lady Of The Resurrection
5645 W Addison St
Chicago, IL  60634

I C System
PO Box 64378
Saint Paul, MN  55164-0378

Meyer & Njus
134 N LaSalle, Ste 1840
Chicago, IL  60602

Pentagroup Financial
5959 Corporate Dr, Ste 1400
Houston, TX  77036

Illinois Collection Se
8231 185th St Ste 100
Tinley Park, IL  60487-9356

Mitsubishi Motor Credi
1101 Perimeter Dr Ste 65
Schaumburg, IL  60173-5844

PFG Of Minnesota
7825 Washington Ave S Ste 310
Minneapolis, MN  55439

Illinois Collection Se
For Addison Radilogy
8231 185th St Ste 100
Tinley Park, IL  60487-9356

Mmca/c1
3120 Rider Trl S
Earth City, MO  63045-1518

Plains Commerce Bank/c
2101 E 51st St Ste 34
Sioux Falls, SD  57103

Keith Shindler, Ltd
1990 E Algonquin Rd, Ste 180
Schaumburg, IL  60173

Nco Fin/na
PO Box 105062
Atlanta, GA  30348-5062

Portfio Recovery Associates
Po Box 12914
Norfolk, VA  23541

Lasalle Bank
135 S LaSalle St
Chicago, IL  60603

Nco Financial
507 Prudential Rd
Horsham, PA  19044-2308

Professnl Acct Mgmt In
PO Box 391
Milwaukee, WI  53201-0391

Law Offices Of Barry Serota & Assoc
Po Box 1008
Arlington Heights, IL  60006

Net 1st National Bank
5770 Roosevelt Blvd
Clearwater, FL  33760-3474

Renaissance Recovery Services
Po Box 1095
Park Ridge, IL  60068

**Resurgent Captial Services**
**Po Box 10587**
**Greenville, SC  29603-0587**

**Trs Recovery Services**
**5251 Westheimer**
**Houston, TX  77056**

**Sallie Mae Servicing**
**PO Box 9400**
**Wilkes Barre, PA  18773-9400**

**Universal Fidelity**
**Po Box 941911**
**Houston, TX  77094-8911**

**Sentry Credit Inc**
**2809 Grand Ave**
**Everett, WA  98201**

**Washington Mutual**
**Bankruptcy Department**
**Po Box 99604**
**Arlington, TX  76096**

**Southwest Credit**
**5910 W Plano Pkwy, Ste 100**
**Plano, TX  75093-4638**

**Wolpoff & Abramson**
**2 Irvington Centre**
**702 King Farm Blvd**
**Rockville, MD  20850-5775**

**T Mobile**
**Attn Bankruptcy**
**Po Box 742596**
**Cincinnati, OH  45274**

**TCF Bank**
**800 Burr Ridge Pkwy**
**Burr Ridge, IL  60527**

**Telecheck**
**5251 Westheimer Rd**
**Houston, TX  77056-5412**

**Tnb - Target**
**PO Box 9475**
**Minneapolis, MN  55440-9475**

**Toys R Us**
**C/O ACA Recovery, Inc**
**38 E Ridgewood Ave, #395**
**Ridgewood, NJ  07450**

**Toys R Us**
**1 Geoffrey Way, Dept T5CKS**
**Wayne, NJ  07470-2035**

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                                  Case No. _____

**Llamas, Hilario** _____   Chapter **7** _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____ **676.00**

Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____ **351.00**

Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____ **325.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation/Adversary Proceedings**
    **Motions to Redeem $400.00**
    **Credit Education Fees**

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**September 23, 2008**_____      **/s/ Troy L Gleason**_____
                  Date                                                    Signature of Attorney

                                                                     **Gleason & Gleason**_____
                                                                     Name of Law Firm

</div>

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form **1040**  Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return 2007**  IRS Use Only - Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2007, or other tax year beginning , 2007, ending , 20  OMB No. 1545-0074

**Label**

Use the IRS label. Otherwise, please print or type.

HILARIO LLAMAS
3565 W CORTLAND ST APT. 3FL
CHICAGO, IL 60647

Your social security number

Spouse's social security number

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶ [ ] You [ ] Spouse

**Filing Status**

Check only one box.

1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see page 14)

**Exemptions**

If more than four dependents see page 15.

6a. [X] Yourself. If someone can claim you as a dependent, do not check box 6a.
6b. [ ] Spouse

Boxes checked on 6a and 6b: 1
No. of children on 6c who: 2

c. Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| HILARIO LLAMAS | 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 | PARENT | |
| EFIGENIA LLAMAS | 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 | PARENT | |

Dependents on 6c not entered above: 2

d. Total number of exemptions claimed ▶ 3

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 27,000. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| 8b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| 9b | Qualified dividends (see page 19) | 9b | |
| 10 | Taxable refunds, credits or offsets of state and local income taxes (see page 20) | 10 | 51. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain/(loss). Attach Sch D. If not required, check here ▶ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a | b Taxable amt | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amt | 16b | 538. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amt | 20b | |
| 21 | Other income. List type and amount (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 27,589. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 27) | 32 | |
| 33 | Student loan interest deduction (see page 30) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 27,589. |

KBA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.   Form **1040** (2007)

1040 (2007)   FD1040-1V 1.25
Form software Copyright 1996 - 2008 H&R Block Tax Services, Inc.

**Form 1040 (2007)**    HILARIO LLAMAS                    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 Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 27,589. |
| | 39a Check if: ☐ You were born before January 2, 1943, ☐ Blind. Total boxes | | |
| **Standard Deduction for -** | ☐ Spouse was born before January 2, 1943, ☐ Blind. checked ▶ 39a | | |
| | b If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 39b | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 31. | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,350. |
| | 41 Subtract line 40 from line 38 | 41 | 22,239. |
| | 42 If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | 42 | 10,200. |
| | 43 **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 12,039. |
| • All others: | 44 Tax. Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form(s) 8889 | 44 | 1,413. |
| Single or Married filing separately, $5,350 | 45 **Alternative minimum tax** (see page 36). Attach Form 6251 | 45 | |
| Married filing jointly or Qualifying widow(er), $10,700 | 46 Add lines 44 and 45 ▶ | 46 | 1,413. |
| | 47 Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| Head of household, $7,850 | 48 Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| | 49 Education credits. Attach Form 8863 | 49 | 1,413. |
| | 50 Residential energy credits. Attach Form 5695 | 50 | |
| | 51 Foreign tax credit. Attach Form 1116 if required | 51 | |
| | 52 Child tax credit (see page 39). Attach Form 8901 if required | 52 | |
| | 53 Retirement savings contributions credit. Attach Form 8880 | 53 | |
| | 54 Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 | 54 | |
| | 55 Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | |
| | 56 Add lines 47 through 55. These are your total credits | 56 | 1,413. |
| | 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0. |
| **Other Taxes** | 58 Self-employment tax. Attach Schedule SE | 58 | |
| | 59 Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required   NO | 60 | 54. |
| | 61 Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 Household employment taxes. Attach Schedule H | 62 | |
| | 63 Add lines 57 through 62. This is your **total tax** ▶ | 63 | 54. |
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 | 64 | 2,517. |
| | 65 2007 estimated tax payments and amount applied from 2006 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a **Earned income credit (EIC)** | 66a | |
| | b Nontaxable combat pay election ▶ 66b | | |
| | 67 Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| | 71 Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | |
| | 72 Add lines 64, 65, 66a, & 67 through 71. These are your total payments ▶ | 72 | 2,517. |
| **Refund** | 73 If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 2,463. |
| Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 74a Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 2,463. |
| | ▶ b Routing number 031101209 ▶ c Type ☒ Checking ☐ Savings | | |
| | ▶ d Account number 108779823355659966 | | |
| | 75 Amount of line 73 you want applied to your **2008 estimated tax** ▶ | 75 | |
| **Amount You Owe** | 76 **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 | |
| | 77 Estimated tax penalty (see page 61) | 77 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☒ **Yes.** Complete the following. ☐ No | | |
| | Designee's name ▶ HR BLOCK    Phone no. ▶ (773) 327-4100    Personal ID number (PIN) ▶ 13449 | | |
| **Sign Here** Joint return? See page 13. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ▶ For Info Only-Do not file    Date    Your occupation SALES    Daytime phone number | | |
| | Spouse's signature. If a joint return, both must sign. ▶ For Info Only-Do not file    Date    Spouse's occupation | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶    Date 2/13/2008    Check if self-employed ☐    Preparer's SSN or PTIN P00089690 | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ H AND R BLOCK ENTERPRISES INC    EIN 43-1862223 | | |
| | CHICAGO, IL 60618    Phone no. (773) 545-9177 | | |

1040 (2007)      FD1040-2V 1.25    ©2007 Software Copyright 1996 - 2008 H&R Block Tax Services, Inc.      *Hilario Llamas*    3/4/08    Form **1040** (2007)

**Earnings Statement**

JETRO HOLDINGS, INC.
15-24 132ND STREET
COLLEGE POINT, NY 11356

**ADP**®

| | |
|---|---|
| Period Beginning: | 07/20/2008 |
| Period Ending: | 08/02/2008 |
| Pay Date: | 08/08/2008 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2
IL: 2

HILARIO LLAMAS
3565 WEST CORTLAND ST.
CHICAGO IL 60647

Social Security Number: XXX-XX-9966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 79.75 | 1,276.00 | 15,027.50 |
| Overtime | 24.0000 | .25 | 6.00 | 1,423.50 |
| Adjust O/T | | | 5.82 | |
| Adjust Regular | | | | 21.00 |
| Holiday | | | | 105.00 |
| Personal | | | | 448.00 |
| Sick | | | | 336.00 |
| Vacation | | | | 560.00 |
| **Gross Pay** | | | **$1,287.82** | 1,232.00 |
| | | | | 19,194.52 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,185.46

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 0.62 | 5.12 |
| Farmington | | 527.04 |

**Deductions**

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -107.43 | |
| Social Security Tax | -76.68 | 1,514.72 |
| Medicare Tax | -17.93 | 1,139.09 |
| IL State Income Tax | -30.95 | 266.40 |
| | | 454.33 |

**Other**

| | | |
|---|---|---|
| Checking 1 | -500.00 | |
| L T D | -5.82 | 6,000.00 |
| Pretax Medical | -51.70* | 41.52 |
| Pstx Farmington | -42.94 | 827.20 |
| 401K | -51.28* | 527.04 |
| 401K Loan 1 | -19.12 | 766.12 |
| 401K Loan 2 | -34.74 | 305.92 |
| Garnishment | | 69.48 |
| | | 58.39 |

| **Net Pay** | **$349.23** |
|---|---|

**Deposits**

| | |
|---|---|
| Account No. | 47607250145110430 |
| Transit/ABA | 1010 8974 |
| Amount | $500.00 |

©1996, 2006 ADP, Inc. All Rights Reserved

TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 120 |
|-----|------|-------|-------|--------|-----|
| A&P | 015964 | 593049 | | 0014143746 | 1 |

**Earnings Statement**    ADP®

JETRO HOLDINGS, INC.
15-24 132ND STREET
COLLEGE POINT, NY 11356

| Period Beginning: | 06/22/2008 |
|---|---|
| Period Ending: | 07/05/2008 |
| Pay Date: | 07/11/2008 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   2
  IL:   2

HILARIO LLAMAS
3565 WEST CORTLAND ST.
CHICAGO IL 60647

Social Security Number: XXX-XX-9966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 64.00 | 896.00 | 2,631.50 |
| Overtime | 21.0000 | 5.75 | 120.75 | 1,128.75 |
| Holiday | 14.0000 | 8.00 | 112.00 | 448.00 |
| L T D | | | | 5.10 |
| Vacation | 14.0000 | 8.00 | 112.00 | 1,232.00 |
| Adjust O/T | | | | 21.00 |
| Adjust Regular | | | | 105.90 |
| Personal | | | | 336.00 |
| Sick | | | | 560.00 |
| **Gross Pay** | | | **$1,245.85** | 6,497.95 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,144.82

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 0.30 | 4.20 |
| Farmington | | |

**Deposits**

| Account No. | 4760725014511 0430 |
|---|---|
| Transit/ABA | 1010 8974 |
| Amount | $500.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -101.33 | 1,282.53 |
| | Social Security Tax | -74.06 | 978.26 |
| | Medicare Tax | -17.32 | 228.79 |
| | IL State Income Tax | -29.73 | 388.97 |
| | **Other** | | |
| | Checking 1 | -500.00 | 5,000.00 |
| | L T D | -5.10 | 35.70 |
| | Pretax Medical | -51.70* | 723.80 |
| | Pstx Farmington | -42.94 | 441.16 |
| | 401K | -49.63* | 658.49 |
| | 401K Loan 1 | -19.12 | 267.68 |
| | Garnishment | | 58.39 |
| | **Net Pay** | | **$354.92** |

Farmington    441.16



# Earnings Statement

**ADP®**

JETRO HOLDINGS, INC.
15-24 132ND STREET
COLLEGE POINT, NY 11356

CO. FILE DEPT. CLOCK NUMBER 120
A&P 015964 593049 0013550599 1

Period Beginning:   12/09/2007
Period Ending:      12/22/2007
Pay Date:           12/28/2007

HILARIO LLAMAS
3565 WEST CORTLAND ST.
CHICAGO IL 60647

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  IL:      2

Social Security Number: XXX-XX-9966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 72.00 | 1,008.00 | 24,212.04 |
| Overtime | 21.0000 | 10.25 | 215.25 | 1,156.53 |
| Vacation | 14.0000 | 8.00 | 112.00 | 1,081.12 |
| Bonus | | | | 1,000.00 |
| Holiday | | | | 646.08 |
| Personal | | | | 430.72 |
| Sick | | | | 538.40 |
| **Gross Pay** | | | **$1,335.25** | 29,131.60 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -117.18 | 2,355.38 |
| | Social Security Tax | -80.22 | 1,739.21 |
| | Medicare Tax | -18.76 | 406.75 |
| | IL State Income Tax | -32.60 | 690.04 |
| | **Other** | | |
| | Garnishment | -163.02 | 837.25 |
| | Pretax Medical | -41.76* | 1,085.76 |
| | Pstx Farmington | -22.94 | 252.34 |
| | 401K | -53.41* | 1,051.29 |
| | 401K Loan 1 | -19.12 | 248.56 |
| | Checking 1 | | 8,105.57 |
| | L T D | | 66.71 |
| | Savings 1 | | 900.00 |
| | **Net Pay** | **$786.24** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,240.38

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 0.30 | 5.88 |
| Farmington | | 252.34 |

©1999, 2006, ADP, Inc. All Rights Reserved.
◄ TEAR HERE

©1998, 2006, ADP, Inc. All Rights Reserved.

# Earnings Statement

CO      FILE    DEPT.   CLOCK   NUMBER   120
A&P   015964  593049          0013684576   1

JETRO HOLDINGS, INC.
15-24 132ND STREET
COLLEGE POINT, NY 11356

Period Beginning:   01/20/2008
Period Ending:      02/02/2008
Pay Date:           02/08/2008

HILARIO LLAMAS
3565 WEST CORTLAND ST.
CHICAGO IL 60647

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:   2
  IL:        2

Social Security Number: XXX-XX-9966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 72.00 | 1,008.00 | 2,464.00 |
| Overtime | 21.0000 | 4.75 | 99.75 | 414.75 |
| L T D | | | | |
| Sick | | 5.10 | | 112.00 |
| Holiday | 14.0000 | 8.00 | 112.00 | 224.00 |
| Vacation | | | | 560.00 |
| **Gross Pay** | | | **$1,224.85** | 3,784.95 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -98.31 | 310.80 |
| Social Security Tax | -72.76 | 225.11 |
| Medicare Tax | -17.02 | 52.65 |
| IL State Income Tax | -29.12 | 90.54 |
| | | |
| **Other** | | |
| L T D | -5.10 | 10.20 |
| Pretax Medical | -51.70* | 155.10 |
| Pstx Farmington | -22.94 | 68.82 |
| 401K | -46.79* | 150.99 |
| 401K Loan 1 | -19.12 | 57.36 |
| Garnishment | | 58.39 |
| **Net Pay** | **$859.99** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.30 | 0.90 |
| | | |
| Farmington | | 68.82 |



# Earnings Statement

JETRO HOLDINGS, INC.
15-24 132ND STREET
COLLEGE POINT, NY 11356

CO.   FILE   DEPT.   CLOCK   NUMBER   120
A&P   015964   593049   0013636962   1

| Period Beginning: | 01/06/2008 |
| Period Ending: | 01/19/2008 |
| Pay Date: | 01/25/2008 |

HILARIO LLAMAS
3565 WEST CORTLAND ST.
CHICAGO IL 60647

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:   2
IL:   2

Social Security Number: XXX-XX-9966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1,120.00 | 1,456.00 |
| Overtime | 21.0000 | 10.75 | 225.75 | 315.00 |
| Holiday | | | | 224.00 |
| Vacation | | | | 560.00 |
| **Gross Pay** | | | **$1,345.75** | 2,560.10 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -115.69 | 212.49 |
| | Social Security Tax | -80.25 | 152.35 |
| | Medicare Tax | -18.77 | 35.63 |
| | IL State Income Tax | -32.60 | 61.42 |
| | | | |
| | Other | | |
| | Prelax Medical | -51.70* | 103.40 |
| | Pstx Farmington | -22.94 | 45.88 |
| | 401K | -53.83* | 102.20 |
| | 401K Loan 1 | -19.12 | 38.24 |
| | Garnishment | | 58.39 |
| | L T D | | 5.10 |
| | **Net Pay** | **$950.85** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,240.52

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | | 0.60 |
| Farmington | 0.30 | 45.88 |

©1998, 2006, ADP, Inc. All Rights Reserved.



# Earnings Statement

JETRO HOLDINGS, INC.
15-24 132ND STREET
COLLEGE POINT, NY 11356

CO. FILE DEPT. CLOCK NUMBER 120
A&P 015964 593049 0015595756 1

| Period Beginning: | 12/23/2007 |
| Period Ending: | 01/05/2008 |
| Pay Date: | 01/11/2008 |

HILARIO LLAMAS
3565 WEST CORTLAND ST.
CHICAGO IL 60647

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2
IL: 2

Social Security Number: XXX-XX-9966

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 24.00 | 336.00 | 336.00 |
| Overtime | 21.0000 | 4.25 | 89.25 | 89.25 |
| Holiday | 14.0000 | 16.00 | 224.00 | 224.00 |
| L T D | | | 5.10 | |
| Vacation | 14.0000 | 40.00 | 560.00 | 560.00 |
| Gross Pay | | | $1,214.35 | 1,214.35 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -96.80 | 96.80 |
| | Social Security Tax | -72.10 | 72.10 |
| | Medicare Tax | -16.86 | 16.86 |
| | IL State Income Tax | -28.82 | 28.82 |
| | **Other** | | |
| | Garnishment | -58.39 | 58.39 |
| | L T D | -5.10 | 5.10 |
| | Pretax Medical | -51.70* | 51.70 |
| | Pstx Farmington | -22.94 | 22.94 |
| | 401K | -48.37* | 48.37 |
| | 401K Loan 1 | -19.12 | 19.12 |
| | **Net Pay** | **$794.15** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,114.58

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.30 | 0.30 |
| Farmington | | 22.94 |

©1998, 2006, ADP, Inc., All Rights Reserved.

▶ TEAR HERE

Certificate Number: _00437-ILN-CC-_
_004779382_

## CERTIFICATE OF COUNSELING

I CERTIFY that on _August 27, 2008_, at _6:37_ o'clock _PM MDT_,
_Hilario Llamas_ received from
_Black Hills Children's Ranch, Inc._,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the
_Northern District of Illinois_ an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan _was not prepared_. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted _by internet č telephone_

Date: _Aug 27, 2008_          By _/S/ Kagney Mosteller_

                             Name _Kagney Mosteller_

                             Title _Credit Counselor_

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                    Case No. _____

Llamas, Hilario _____              Chapter **7**
                        _____
                          Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER                          Date: __9 / 19 / 08__
A. To be completed in all cases.

I (We) **Hilario Llamas**_____ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑  I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐  I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _Hilario Llamas_____              Signature: _____
          (Debtor or Corporate Officer, Partner or Member)                    (Joint Debtor)